UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERARD HOWLEY,

      Plaintiff,

v                                              Case No. 14-CV-11874
                                               HON. MARK A. GOLDSMITH

FEDERAL EXPRESS CORPORATION,

      Defendant.
_____/

## ORDER STRIKING STIPULATION

On December 15, 2017 a stipulation was filed [Dkt. 69].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #69] is STRICKEN.

SO ORDERED.

Dated: December 18, 2017                 s/Mark A. Goldsmith
     Detroit, Michigan               MARK A. GOLDSMITH
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 18, 2017.

                                          s/Karri Sandusky
                                         Case Manager